**07 CR 840**

**JUDGE GOTTSCHALL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**MAGISTRATE JUDGE COX**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   United States v. Mario A. Carroll and Robert E. Louis, 07 CR 840 (Magistrate Judge Susan E. Cox)

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   United States v. Mario A. Carroll and Robert E. Louis, 07 CR 840 (Magistrate Judge Joan Joan B. Gottschall)

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)            ☐ Income Tax Fraud ........... (II)          ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust ....... (II)         ☐ Postal Fraud ............ (II)             ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ........... (II)           ☒ Other Fraud ............ (III)             ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ...... (II)         ☐ Auto Theft ............ (IV)               ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)           ☐ Transporting Forged Securities .. (III)   ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ............... (III)           ☐ Forgery ............ (III)                 ☐ Motor Carrier Act .............. (IV)
   ☐ Burglary .............. (IV)            ☐ Counterfeiting ............ (III)          ☐ Selective Service Act ........... (IV)
   ☐ Larceny and Theft ....... (IV)          ☐ Sex Offenses ............ (II)             ☐ Obscene Mail ............ (III)
   ☐ Postal Embezzlement ...... (IV)         ☐ DAPCA Marijuana ........... (III)         ☐ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ..... (III)          ☐ DAPCA Narcotics ............ (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. §§ 1344, 1343

    **FILED**
    JUN - 3 2008
    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

    Rick Young
    Assistant United States Attorney

(Revised 12/99)