# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Cecilia Edwards | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Modifying Conditions of Release to travel to Greenwood, Mississippi from August 29, 2008 through September 3, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 26 AM 9:07
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|