M HN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v. ) | No. 07 CR 840 |
| ) | |
| CECILIA EDWARDS ) | Joan B. Gottschall, |
| ) | Judge Presiding |
| Defendant. ) | |

**AGREED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

The conditions of pretrial release for defendant Cecilia Edwards are modified as follows:

Ms. Edwards shall be permitted to travel to Greenwood, Mississippi from August 29, 2008, through September 3, 2008.

_____           8/25/08
United States District Judge          Entered:
                                      8-25-2008

Submitted by:
Gary Ravitz
Ravitz & Palles, P.C.
203 N. La Salle Street, Ste. 2100
Chicago, Illinois 60601
(312) 558-1689